Mark G. Tratos (Bar No. 1086)
R. Richard Costello, Of Counsel (Bar No. 1917)
Ronald D. Green, Jr. (Bar No. 7360)
Laraine M. I. Burrell (Bar No. 8771)
QUIRK & TRATOS
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89109
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Counsel for: Plaintiff GNLV Corp.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GNLV Corp., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>Domains by Proxy, Inc., an Arizona corporation,<br><br>Defendant. | Case No. CV-S-04-1355-RLH-LRL<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff GNLV Corp. ("GNLV") voluntarily dismisses the instant action without prejudice. GNLV requests that this Court withdraw the Temporary Restraining Order, which it entered on October 1, 2004, 2004, and exonerate Plaintiff's cash bond, which it posted on October 7, 2004.

DATED: October 18, 2004.

QUIRK & TRATOS

Mark G. Tratos (Bar No. 1086)
R. Richard Costello, Of Counsel (Bar No. 1917)
Ronald D. Green, Jr. (Bar No. 7360)
Laraine M. I. Burrell (Bar No. 8771)
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89109
Counsel for Plaintiff GNLV Corp.

VOLUNTARY DISMISSAL

1.

12